KARLA E. PAINTER
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, Montana 59807
105 E. Pine Street, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
Email: Karla.Painter@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED

JAN 0 6 2022

Clerk, U.S District Court
District Of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| UNITED STATES OF AMERICA, | CR 22-01-BU-DLC |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | PROHIBITED PERSON IN POSSESSION OF A FIREARM<br>Title 18 U.S.C. § 922(g)(1) (Count I)<br>(Penalty: Ten years imprisonment, $250,000 fine and three years supervised release) |
| JERAMIAH KAYSON GOHDE, | |
| Defendant. | POSSESSION OF AN UNREGISTERED FIREARM<br>Title 26 U.S.C. § 5861(d) (Count II)<br>(Penalty: Ten years imprisonment, $10,000 fine and three years supervised release) |
| | POSSESSION OF A FIREARM WITH AN OBLITERATED SERIAL NUMBER<br>Title 18 U.S.C. § 922(k) (Count III)<br>(Penalty: Five years imprisonment, $250,000 fine, and three years supervised release) |

|  | CRIMINAL FORFEITURE<br>Title 18 U.S.C. § 924(d) |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

That on or about December 9, 2021, at Bozeman and within Gallatin County, in the State and District of Montana, the defendant, JERAMIAH KAYSON GOHDE, knowing he had been convicted on or about October 21, 2020, of a crime punishable by imprisonment for a term exceeding one year under the laws of the state of Montana, knowingly possessed, in and affecting interstate commerce, a firearm, in violation of 18 U.S.C. § 922(g)(1).

## COUNT II

That on or about December 9, 2021, at Bozeman and within Gallatin County, in the State and District of Montana, the defendant, JERAMIAH KAYSON GOHDE, knowingly possessed a firearm, namely a Rossi, single barrel shotgun, having a barrel of less than 18 inches in length, which was not registered to the defendant in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. § 5861(d).

//

//

## COUNT III

That on or about December 9, 2021, at Bozeman and within Gallatin County, in the State and District of Montana, the defendant, JERAMIAH KAYSON GOHDE, knowingly possessed a firearm that had been transported in interstate commerce, from which the manufacturer's serial number had been removed, altered, and obliterated, in violation of 18 U.S.C. § 922(k).

## FORFEITURE ALLEGATION

If convicted of an offense charged in this indictment, the defendant JERAMIAH KAYSON GOHDE, shall forfeit to the United States any firearm and ammunition used and involved in a knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

FOREPERSON

/s/ *signature* For
LEIF M. JOHNSON
United States Attorney

/s/ *signature* for
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

3