IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JERAMIAH KAYSON GOHDE, <br><br> Defendant. | CR 22–1–BU–DLC <br><br><br> ORDER |

Before the Court is the United States' Motion to Quash Arrest Warrant and Issue Summons. (Doc. 30.) The motion requests that the Court quash the pending arrest warrant for Defendant Jeremiah Kayson Gohde and issue a summons for an arraignment on the charges in the superseding indictment filed on February 17, 2022. (*Id.* at 2.) Mr. Gohde's counsel does not object. (*Id.*)

Accordingly, IT IS ORDERED that the motion (Doc. 30) is GRANTED.

IT IS FURTHER ORDERED that the arrest warrant (Doc. 29) is QUASHED.

IT IS FURTHER ORDERED that the Clerk shall issue a Summons directing Jeramiah Kayson Gohde to appear before the Court for an initial appearance and arraignment on the superseding indictment.

DATED this 18th day of February, 2022.

_____
Dana L. Christensen, District Judge
United States District Court