IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMIAH KAYSON GOHDE,<br><br>Defendant. | CR 22-01-BU-DLC<br><br>FINDINGS &<br>RECOMMENDATION<br>CONCERNING PLEA |

The Defendant, by consent, has appeared before me under Fed. R. Crim. P. 11 and has entered a plea of guilty to the charges in Counts I, II, IV, V, and VI of the Superseding Indictment. Count I charges conspiracy to possess with intent to distribute controlled substances, in violation of 21 U.S.C. § 846; Count II charges possession with intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1)); Count IV charges prohibited person in possession of a firearm, in violation of 18 U.S.C. 922(g)(1)); Count V charges possession of an unregistered firearm, in violation of 26 U.S.C. § 5861(d)); and Count VI charges possession of a firearm with an obliterated serial number, in violation of 18 U.S.C. § 922(k)). Defendant further agrees to the forfeiture allegation in the Superseding Indictment. In exchange for Defendant's plea, the United States has agreed to dismiss Count III

1

of the Superseding Indictment. The parties also agree to the following guideline provisions:

- The two-level increase under USSG §2D1.1(b)(1) applies due to the defendant's possession of a dangerous weapon.

- The defendant is not safety-valve eligible under USSG §5C1.2 and, therefore, not entitled to an additional two-level reduction under USSG §2D1.1(b)(18).

- The United States will not file a motion under USSG §5K1.1 and, therefore, the defendant is not eligible for any sentence below the five-year mandatory minimum.

After examining the Defendant under oath, I have made the following determinations:

1. That the Defendant is fully competent and capable of entering an informed and voluntary plea,

2. That the Defendant is aware of the nature of the charge against him and consequences of pleading guilty to the charge,

3. That the Defendant fully understands his constitutional rights, and the extent to which he is waiving those rights by pleading guilty, and

4. That the plea of guilty is a knowing and voluntary plea, supported by an

2

independent basis in fact sufficient to prove each of the essential elements of the offense charged.

The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that he fully understands each and every provision of the agreement and that all of the statements in the Plea Agreement are true. Therefore, I recommend that the Defendant be adjudged guilty of Counts I, II, IV, V and VI of the Superseding Indictment, and that sentence be imposed. I further recommend that Count III of the Superseding Indictment be dismissed.

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the Plea Agreement and the presentence report**.

DATED this 28th day of June, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge