IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR  22–1–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JERAMIAH KAYSON GOHDE, | |
| Defendant. | |

Before the Court is the United States' motion for final order of forfeiture. (Doc. 76.)  Having reviewed said motion, the Court finds:

1.      The United States commenced this action pursuant to 18 U.S.C. § 924(d).

2.      A Preliminary Order of Forfeiture was entered on July 21, 2022. (Doc. 64.)

3.      All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1).  (Doc. 68.)

4.      It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1.      The motion for final order of forfeiture (Doc. 76) is GRANTED.

1

2.      Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Rossi 410 caliber break action single barreled shotgun with obliterated serial number.

3.      The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 21st day of November, 2022.

_____
Dana L. Christensen, District Judge
United States District Court